

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00268-CV

**ESTATE OF** Marcellus **BRISCOE**, Deceased, By and Through his Executrix Dorothy
Hindman; Kimberly Sherlae Houston; and James Briscoe,
Appellants

v.

**FCA US LLC** f/k/a Chrysler Group LLC; Vitesco Technologies USA, LLC and its predecessor
in interest Continental Automotive Systems, Inc.; Broadway Lone Star LTD; West Loop
Mitsubishi,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07142
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the motion to dismiss filed by
Appellants Estate of Marcellus Briscoe, Deceased, By and Through his Executrix Dorothy
Hindman, Kimberly Sherlae Houston, and James Briscoe is GRANTED, and their appeal is
DISMISSED. Costs of appeal associated with the appeal of Appellants Estate of Marcellus
Briscoe, Deceased, By and Through his Executrix Dorothy Hindman, Kimberly Sherlae Houston,
and James Briscoe are taxed against Appellants Estate of Marcellus Briscoe, Deceased, By and
Through his Executrix Dorothy Hindman, Kimberly Sherlae Houston, and James Briscoe. *See*
TEX. R. APP. P. 42.1(d).

The appeal of Broadway Lone Star Ltd. and West Loop Mitsubishi remains pending on the
docket of this court.

SIGNED August 13, 2025.

_____
Adrian A. Spears II, Justice